*Exhibit 01: Halal Shack BU Website Screenshot*

The Halal Shack at the GSU

About | More places to eat

Open today
11:00 AM - 8:00 PM

Find it on
Central Campus

# The Halal Shack at the GSU

George Sherman Union Food Hall
775 Commonwealth Avenue
Boston, MA 02215

Nicole Leandro, Manager
617-358-1885

Judy Le , Food Service Director
617-358-1885

**About Us**
Our People

**Plans & Points**
Meal Plans

**Catering**
Student Group Catering

**For Parents**
Give Dining or Convenience Points